UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS W. CURTIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAHITI HOTEL, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-02094-KJD-BNW<br><br>ORDER |

　　　　Before the Court for consideration is the Order & Report and Recommendation (#3) of Magistrate Judge Brenda N. Weksler entered November 20, 2020, recommending that Plaintiff's Application to Proceed In Forma Pauperis (#1) be denied as moot and that Plaintiff's complaint be dismissed with prejudice as frivolous. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Order & Report and Recommendation (#3) of the United States Magistrate Judge entered November 20, 2020, should be **ADOPTED and AFFIRMED**.

　　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered November 20, 2020, are **ADOPTED and AFFIRMED**;

　　　　IT IS FURTHER ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (#1) is **DENIED as moot**;

　　　　IT IS FURTHER ORDERED that Plaintiff Thomas W. Curtis' Complaint (#1-1) is **DISMISSED with prejudice as frivolous;**

///

///

///

IT IS FURTHER ORDERED that the accompanying Motion for Summonses (#1-2) is **DENIED as moot**.

Dated this ____21st____ day of January, 2021.

_____
Kent J. Dawson
United States District Judge